IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CR-194-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TASHA LANET HOLLAND KORNEGAY, | ) |
| Defendant. | ) |

The court has reviewed defendant's motion to continue pretrial deadlines and arraignment [D.E. 44]. The court also has reviewed the entire record and the government's response in opposition to continuing pretrial deadlines [D.E. 46].

In light of the record, the court GRANTS defendant's request to continue the arraignment until December 2025, but DENIES defendant's request to extend pretrial deadlines. See [D.E. 44]. The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

SO ORDERED. This _7_ day of October, 2025.

JAMES C. DEVER III
United States District Judge