IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CR-00194-D

**United States of America**,

v.

**Tasha Holland-Kornegay**,

          Defendant.

**Order**

      The Defendant has submitted a Financial Affidavit and Attachment in support of her request that the court appoint counsel to represent her. D.E. 53. The court determines that the defendant has failed to show that she is financially unable to obtain counsel. Her submission[1] reveals that she earned over $16,000 in November 2025. Although it maintains that her income is variable, Holland-Kornegay retains $4,000-5,000 dollars each month after paying monthly expenses. She has over $28,000 in the bank. And she lists interests in four properties and two vehicles.[2]

      So the court denies Holland-Kornegay's request to appoint counsel. Holland-Kornegay must inform the court of the identity of the attorney she retains within 14 days of the entry of this order. Local Cr. R. 44.1(a). Retention of an attorney outside this period will not constitute grounds for a continuance of pretrial proceedings or trial unless Holland-Kornegay demonstrates due diligence in attempting to retain an attorney. *Id*.

---

[1] Holland-Kornegay failed to properly sign her name to the Financial Affidavit and Attachment.

[2] Instead of listing their market values and any debt or encumbrances thereon, Holland-Kornegay lists these items as having values of 0. The Attachment similarly values stocks, bonds, and other property, asserting that the government has seized them.

The Clerk shall mail this Order to Holland-Kornegay at the address listed in the Order setting conditions of release. And the United States Probation Office shall provide her a copy.

Dated: January 9, 2026

_____
Robert T. Numbers, II
United States Magistrate Judge