UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No.: 5:24-CR-194-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **TRIAL SCHEDULING ORDER** |
| v. | ) | |
| TASHA LANET HOLLAND-KORNEGAY | ) | |

This matter is before the Court upon a consent motion by the United States to establish pretrial deadlines. The case is currently set for trial to begin January 25, 2027, at 10:00 AM in courtroom one of the Terry Sanford Building and United States Courthouse in Raleigh. For good cause shown, the motion is GRANTED. The remaining pretrial deadlines are as follows:

Rule 404(b) Disclosure Deadline: **December 18, 2026**

Rule 902(11) Disclosure Deadline: **December 18, 2026**

Rule 1006 Summary Exhibit Disclosure Deadline: **December 18, 2026**

Residual *Giglio* Disclosure Deadline: **December 18, 2026**

Jenks Act Material Disclosure Deadline: **December 18, 2026**

SO ORDERED, the 16 day of October, 2026.

J. Dever
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE